UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:23−cv−04702−KKK−MAR<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL**<br><br>State Action filed: 1/26/2023 |

　　Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff JAIME GARCIA, and defendant COSTCO WHOLESALE CORPORATION.

　　IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: May 12, 2024

　　　　　　　　　　　　　　　　　　Hon. Kenly Kiya Kato
　　　　　　　　　　　　　　　　　　United States District Judge

-1-
ORDER RE: JOINT STIPULATION FOR DISMISSAL